*Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 375. SOUTHERN PACIFIC Co. *v.* THE EASTERN GLADE; and

No. 376. SAME *v.* POSTAL STEAMSHIP CORPORATION. October 14, 1940. The motion to use the certified record in Nos. 73 and 74, October Term, 1939, is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Messrs. Chauncey I. Clark* and *Burton H. White* for petitioner. *Mr. John C. Crawley* for respondents. Reported below: 112 F. 2d 297.

No. 67. WILLIAMS ET AL. *v.* TOOKE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. McAskill* for petitioners. *Messrs. C. D. Turner* and *Donald Campbell* for respondents.

No. 77. LUMBERMENS MUTUAL CASUALTY Co. *v.* McIVER ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henry Graham Balter* for petitioner. *Mr. Carl B. Sturzenacker* for respondents.

No. 80. BRASHEAR ET AL. *v.* INTERMOUNTAIN BUILDING & LOAN ASSN. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander B. Baker* for petitioners. *Messrs. James C. Inglebretsen, Earl Warren,* Attorney General of California, and *Frank Richards,*

656

Deputy Attorney General, for respondents.

No. 81. DULUTH, MISSABE & IRON RANGE RY. CO. *v.* ROSS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. Dennis F. Donovan, Elmer F. Blu,* and *Clarence J. Hartley* for petitioner. *Messrs. I. K. Lewis* and *Henry J. Grannis* for respondent.

No. 93. CARPENTER ET AL. *v.* HAMILTON. October 14, 1940. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. A. L. Wirin* for petitioners. *Mr. Edwin A. Meserve* for respondent.

No. 94. KELLEY ET AL. *v.* SYRACUSE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold E. Stonebraker* for petitioners. *Messrs. Henry R. Ashton* and *George H. Mitchell* for respondents.

No. 95. HUMBLE OIL & REFINING CO. ET AL. *v.* TURNBOW ET AL. October 14, 1940. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Messrs. Ben H. Powell, Wyman S. Gideon, John E. Green, Jr.,* and *Joe S. Brown* for petitioners. *Messrs. Gerald C. Mann, Edgar Cole, James P. Hart,* and *Carl L. Phinney* for respondents.

No. 96. TRIPPETT ET AL. *v.* POLARIS IRON CO. ET AL. October 14, 1940. Petition for writ of certiorari to the